## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
#### Richmond Division

```
-----------------------------------------------------------------------X
KAPITUS SERVICING, INC.,                          :
2500 Wilson Boulevard                             :
Suite 350                                         :
Arlington, Virginia 22201                         :
                                                  :
              Plaintiff,                          : C.A. No.  3:23cv00202
                                                  :
      -against-                                   : Case Removed from Henrico
                                                  : Circuit Court Case No. CL22-6262
ZAP'S ELECTRICAL LLC D/B/A ZAPS ELECTRICAL  :
AND BRIAN SNOW,                                   :
23 Arrowhead Trail                                :
North Scituate, Rhode Island, 02857              :
                                                  :
              Defendants(s)                       :
-----------------------------------------------------------------------X
```

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants, Zap's Electrical LLC and Brian Snow ("Defendants"), by counsel, hereby remove the case styled: Kapitus Servicing, Inc. v. Zap's Electrical LLC d/b/a Zaps Electrical and Brian Snow, Case No. CL22-6262 ("State Court Action"), from the Circuit Court of the County of Henrico, Virginia to the United States District Court for the Eastern District of Virginia, Richmond Division ("District Court"). Removal is proper because the parties are diverse, and the amount in controversy exceeds $75,000.00. In support thereof, Defendants further state as follows:

### Commencement and Service of the Action

1.      On October 11, 2022, Plaintiffs commenced this action by filing a Complaint in the State Court Action. A copy of the Complaint in the State Court Action ("Complaint") is attached hereto as Exhibit A.

2.      Defendants were served with the Complaint on March 1, 2023.

3.      In this action, Plaintiff, Kapitus Servicing, Inc., alleges breach of the contract and fraud against Defendants.

4.      The aforesaid Complaint and its exhibits (Exhibit A hereto) constitute all of the process, pleadings and orders in this action.

### Statement of the Grounds for Removal

**5.**      Removal is appropriate because Atlas and Defendants are diverse, and the amount in controversy exceeds $75,000.

### Diversity of Citizenship

6.      Kapitus Servicing, Inc. ("Kapitus") is a Virginia corporation, based upon records available from the Virginia State Corporation Commission. Accordingly, for purposes of this Court's diversity jurisdiction, Kapitus is a citizen of Virginia.

7.      Zap's Electrical, LLC ("Zap's") is a Rhode Island limited liability company. The members of Zap's and their respective citizenships are as follows:

      a.      Brian Snow: Citizen of Rhode Island

      b.      Kristen Snow: Citizen of Rhode Island

Accordingly, for purposes of this Court's diversity jurisdiction, Zap's is a citizen of Rhode Island.

8.      Based on the foregoing, there is complete diversity of citizenship among the parties.

9.      28 U.S.C. § 1441(a) provides that any "civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

10.     28 U.S.C. § 1332(a)(1) provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different States."

11.     Further, "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy." 28 U.S.C. § 1367.

12.     In this case, Kapitus is not a citizen of Rhode Island and each of the Defendants is a citizen of Rhode Island and Rhode Island only. Thus, complete diversity of citizenship exists.

**The Amount in Controversy**

13.     By 28 U.S.C. § 1446(c)(2), "the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy."

14.     Plaintiffs' Complaint alleges that Plaintiffs have sustained damages in the amount of $194,349.00 plus attorneys' fees in the amount of $48,337.25.  (*Compl.* ¶23).

15.     Accordingly, the amount in controversy exceeds $75,000, exclusive of interests and costs.

**Timeliness of Removal**

16.     Defendants were served with the Complaint on March 1, 2023.

17.     This Notice of Removal is being filed within thirty (30) days of service of the Complaint on Defendants and within one (1) year of the commencement of this action, as required by 28 U.S.C. § 1446(b).

**Venue**

18.     The Circuit Court of Henrico County is located within the Eastern District of Virginia, Richmond Division. Thus, venue is proper pursuant to 28 U.S.C. § 1441(a).

**Notice**

19.    Pursuant to 28 U.S.C. § 1446(d), promptly after the filing of this Notice of Removal, Defendants shall give written notice thereof to Plaintiff and shall file a written notice of this removal with the Clerk of the Circuit Court of Henrico County.

20.    As required by 28 U.S.C. § 1446(a), all process, pleadings and orders from the State Court Action served upon the Defendants are attached hereto as Exhibit A.

21.    By filing this Notice of Removal, Defendants do not waive any of their denials, objections or affirmative defenses.

**Conclusion**

22.    Based upon the foregoing, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 and the Complaint may be removed to this Court pursuant to 28 U.S.C § 1441.

23.    Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal is being filed with the Circuit Court of the County of Henrico, Virginia.

**WHEREFORE**, Defendants respectfully remove this civil action from the Circuit Court of the County of Henrico, Virginia to this Court.

Respectfully submitted,

 */s/ Christopher A. Hatfield*
Christopher A. Hatfield (Bar No. 95224)
BALLARD SPAHR LLP
1909 K Street NW, 12th Floor
Washington, D.C. 20006
Telephone: (202) 661-2200
Facsimile: (202) 661-2299
hatfieldc@ballardspahr.com

*Counsel for Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2023, a true copy of the foregoing was sent via e-mail and first-class mail to

Nhon H. Nguyen, Esq.
Charles D. Waters, Esq.
Counsel for Plaintiff
Nguyen | Ballato
2201 Libbie Ave.
Richmond, VA 23230
dwaters@nblawplc.com


 */s/ Christopher A. Hatfield*
Christopher A. Hatfield