**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| Kapitus Servicing, Inc., | } | |
| | } | |
| Plaintiff, | } | |
| vs. | } | C.A. No. 3:23-cv-00202-JAG |
| | } | |
| | } | |
| Zap's Electrical, LLC d/b/a Zaps Electrical | } | |
| and Brian Snow | } | |
| | } | |
| Defendants. | } | |

**PLAINTIFF'S MOTION TO STRIKE DEFENDANTS' LIST OF WITNESSES,
EXHIBITS, AND DESIGNATION OF WITNESS**

Comes now the Plaintiff, Kapitus Servicing, Inc., by counsel, and objects to Defendants' List of Witnesses, Exhibits, and Designation of Witnesses pursuant to the Court's Initial Pretrial Scheduling Order entered on April 20, 2023 (Doc. # 8), and in support thereof states as follows:

The Initial Pretrial Scheduling Order stated in paragraph 9 that "[b]y **Thursday, September 14, 2023,** each plaintiff shall file a list of witnesses who may be called. By **Monday, September 25, 2023,** each defendant shall file a list of witnesses." Paragraph 10 of the Initial Pretrial Order specified identical deadlines for each respective party's list of Exhibits.

On September 13, 2023 Plaintiff timely filed it's Exhibit List, Designation of Discovery, and Witness list, in full compliance with the Court's Initial Pretrial Scheduling Order. No List of Exhibits or List of Witnesses was filed by Defendants until January 17, 2024, nearly four (4) months past the ordered deadline, and just twenty-one (21) before the trial date. No leave to file a late List of Witnesses or List of Exhibits was filed by or on  behalf of any defendant.

On October 17, 2023 the Court entered an Amended Pretrial Order which set January 17, 2024 as the deadline for objections to lists of witnesses and lists of exhibits; however, no extension was provided for the filing of said lists. The Court should not allow the Defendants to

file their lists so late, so close to trial, and especially not on the deadline for objections to the same. Allowing the defendants to file their list of witnesses and list of exhibits so far beyond the established deadline and on the deadline established to file objections to any of the same would be unduly prejudicial to Plaintiff's ability to prepare for trial, and, being filed in disregard of this Court's order, should be stricken.

As Defendants note in their late filed List of Witnesses and List of Exhibits, an objection was filed by Defendants to one (1) witness listed in Plaintiff's list of witnesses, Kristen Snow. Said objection was filed on October 4, 2023 (Doc. # 27). Plaintiff is prepared to consent Defendants' objection with regard to the witness, Kristen Snow.

WHEREUPON, Plaintiff, Kapitus Servicing, Inc., prays this Court strike Defendants late filed List of Witnesses, List of Witnesses and Designation of Discovery. Plaintiff further prays that Defendants be precluded from calling any and all witnesses not timely filed pursuant to the Orders of this Court.

DATED: January 25, 2024

Respectfully Submitted,

/s/Timothy A. Hennigan
Timothy Hennigan, Esq. (VSB No. 80466)
Nguyen | Ballato, PLC
2201 Libbie Avenue
Richmond, VA 23230
T 804-788-7070
F 804-788-7676
tim@nblawplc.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2024, I caused a copy of the foregoing pleading to be e-filed and served via the Court's electronic filing system to counsel for all parties via electronic service.

/s/Timothy A. Hennigan
Timothy A. Hennigan, Esquire