IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAPITUS SERVICING, INC.
        Plaintiff,

v.                                  Civil Case No. 3:23cv202

ZAP'S ELECTRICAL, LLC
& BRIAN SNOW,
        Defendants.

## **ORDER**

This matter comes before the Court on the motion to strike filed by the plaintiff, Kapitus Servicing, Inc. ("Kapitus"). (ECF No. 33.) The defendants, Zap's Electrical, LLC and Brian Snow (collectively, the "defendants"), filed their witness list, exhibit list, and discovery designations (collectively, the "Pretrial Designations") with the Court on January 17, 2024, which was well beyond the September 25, 2023, deadline. (*See* ECF Nos. 8, 31.)

Kapitus asks the Court to strike the defendants' Pretrial Designations and asserts that "[a]llowing the defendants to file their list of witnesses and list of exhibits so far beyond the established deadline and on the deadline established to file objections to the same would be unduly prejudicial to Plaintiff's ability to prepare for trial, and, being filed in disregard of this Court's order, should be stricken." (ECF No. 33, at 2.)

The defendants respond that they misread the Court's Pretrial Order and "transmitted their Pretrial Designations to counsel for Plaintiff on September 25, 2023 by e-mail but neglected to file the same with the Court." (ECF No. 35, at 2.) Kapitus thus received the defendants' pretrial designations on the Court-imposed deadline, albeit by the incorrect means.

Kapitus has failed to show that its receipt of the pretrial designations by email—rather than by formal filing with the Court—on the September 25, 2023, deadline caused it to suffer prejudice. Accordingly, the Court DENIES the motion to strike. (ECF No. 33.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 30 January 2024
Richmond, VA

_____ /s/ _____
John A. Gibney, Jr.
Senior United States District Judge

2