**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

---

| | |
|---|---|
| Kapitus Servicing, Inc., | : |
| | : |
| *Plaintiff*, | : |
| | : C.A. No.: 3:23-cv-00202-JAG |
| -vs- | : |
| | : |
| Zap's Electrical, LLC d/b/a Zaps Electrical and Brian Snow, | : |
| | : |
| | : |
| Defendants | : |
| | : |

---

## NOTICE OF SETTLEMENT

The parties respectfully submit this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendants have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a dismissal once the terms of the settlement agreement have been completed.

3. The Parties respectfully request 30 days from the date of this filing to finalize settlement documentation.

4. The Parties further request the Court vacate all deadlines in the October 17, 2023 Amended Pretrial Order.

- Signatures on next page -

Dated: January 31, 2024                    Respectfully Submitted,

 /s/ Nhon H. Nguyen, Esq.                   /s/ Christopher A. Hatfield
Nhon H. Nguyen, Esq. (VSB No. 68489)       Christopher A. Hatfield (Bar No. 95224)
Nguyen Ballato, PLC                        BALLARD SPAHR LLP
2201 Libbie Avenue                         1909 K Street NW, 12th Floor
Richmond, VA 23230                         Washington, D.C. 20006
T 804-788-7070                             Telephone: (202) 661-2200
F 804-788-7676                             Facsimile: (202) 661-2299
nhon@nblawplc.com                          hatfieldc@ballardspahr.com
*Counsel for Plaintiff*

                                           Antranig Garibian, Esquire
                                           Admitted pro hac vice
                                           GARIBIAN LAW OFFICES, P.C.
                                           261 Old York Rd., Unit 427
                                           Jenkintown, PA 19046
                                           (215) 326-9179
                                           *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this January 31, 2024, a copy of the foregoing Notice of Settlement

was filed with the Clerk of Court for the United States District Court for the Eastern District of

Virginia by using the CM/ECF system, which will send a notification of such filing to all parties.

                                           /s/Christopher A. Hatfield
                                           Christopher A. Hatfield