IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KAPITUS SERVICING, INC.
      Plaintiff,

v.                                                                    Civil Case No. 3:23cv202

ZAP'S ELECTRICAL, LLC
& BRIAN SNOW,
      Defendants.

## FINAL ORDER

On February 29, 2024, the plaintiff, Kapitus Servicing, Inc., and the defendants, Zap's Electrical, LLC, and Brian Snow, filed a joint stipulation of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 39.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case. The Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement between the parties.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 29 February 2024
Richmond, VA

_____/s/_____
John A. Gibney, Jr.
Senior United States District Judge